**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____      **Division**

In re   KANG, YOUNGOK

                                                    Case No.   14-11642

                    Debtor(s)

                                                    Chapter      7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___    Involuntary/Voluntary Petition *[Specify reason for amendment:_____ ]*
        *Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable*: An original, signed Official Form 21 was
        **mailed/hand-delivered to the Clerk's Office on_____.*]**
___    Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
___    Schedule A - Real Property
X      Schedule B - Personal Property
X      Schedule C - Property Claimed as Exempt
___    Schedule D, E, or F, and/or List of Creditors or Equity Holders – REQUIRES COMPLIANCE WITH LOCAL
        RULE 1009-1. ( *$26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or*
        *classification of debt.*)   **Check applicable statement(s):**
                        ___    **Creditor(s) added        ___   Creditor(s) deleted**
                        ___    **Change in amounts owed or classification of debt**
                        ___    **No pre-petition creditors added/deleted, or amounts owed or classification of debt**
                                **changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO**
                                **FEE]**
                        ___    **Post-petition creditors added (Schedule of Unpaid Debts)**
        **REMINDER: Conversion of Chapter 13 to Chapter 7 – only file Schedule of Unpaid Debts.**
___    Schedule G - Executory Contracts and Unexpired Leases
___    Schedule H – Codebtors
___    Schedule I - Current Income of Individual Debtor(s)
___    Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed**
**Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social**
**Security Number into the Court's database. ]**

___    Statement of Financial Affairs

___    Chapter 7 Individual Debtor's Statement of Intention

___    Chapter 11 List of Equity Security Holders

___    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

___    Disclosure of Compensation of Attorney for Debtor

___    Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the
amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities
affected by the amendment as follows:   Through ECF to ALL CREDITORS _____
                                                                                                                            .

Date: _6/17/2014_____

                                        /s/ Kim Weon Geun_____
                                        **Attorney for Debtor(s) [or *Pro Se* Debtor(s)]**
                                        State Bar No.:    VSB #73104
                                        Mailing Address: 8200 Greensboro Dr. #900 McLean VA 22102

Telephone No.:   571)278-3728

## Schedule B: Two Items of Personal Property Amended

Current Value and Description of Following Two Items Have Been Changed

| |
|---|
| From Promissory note executed by Ha Sok Kang on 2/15/2012 ($3000.00 due every month), Current Value: $144,000.00 |
| To Promissory note executed by Ha Sok Kang on 2/15/2012 (Original amount $144,000.00: $3,000.00 per month was paid from March, 2012 to June 2013), Current Value: $96,000.00 |

| |
|---|
| From Martial Settlement Agreement with Ha Sok Kang (not paid from July 2013), Current Value: $314,800.00 |
| To Martial Property Settlement Agreement with Ha Sok Kang entered on December 2, 2010, Current Value: $366,000.00 |

## Schedule C: Value of Claimed Exemption Amended

Values of Claimed Exemption Changed on Three Account Receivables

| Description of Property | Value of Claimed Exemption | Current Value of Property |
|---|---|---|
| Promissory note executed by Ha Sok Kang on 2/15/2012 | From $2736.00 to $5,474.00 | From $144,000.00 to $96,000.00 |
| Martial Settlement Agreement with Ha Sok Kang | From $2,737.00 to $0.00 | From $314,800.00 to $366,000.00 |
| Promissory note executed by Eun Hwa Song on 2/15/2012 | From $1.00 to $0.00 | $182,300.00 |

B6B (Official Form 6B) (12/07)

In re  **Youngok Kang**                                        Case No.  __14-11642__
                              ,
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | W | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America account ending in 6327** | J | 433.50 |
| | | | **Bank of America savings account ending in 5750** | J | 42.50 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **General household goods and furnishings** | J | 1,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Women's wearing apparel** | W | 1,000.00 |
| 7. | Furs and jewelry. | | **Wedding ring, necklace, and earrings** | W | 3,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        5,526.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Youngok Kang**                                                                          Case No.   **14-11642**
                                                           ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Promissory note executed by Ha Sok Kang on 2/15/2012 (Original amount $144,000.00: $3,000 per month was paid from March, 2012 to June 2013) | W | 96,000.00 |
| | | Martial Property Settlement Agreement with Ha Sok Kang entered on December 2, 2010 | W | 366,000.00 |
| | | Promissory note executed by Eun Hwa Song on 2/15/2012 | W | 182,300.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          644,300.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Youngok Kang**                                                                                          Case No. ___**14-11642**_____
                                    _____,
                                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >         0.00
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Youngok Kang**                                                                Case No.    **14-11642**
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|
| | Total > | 649,826.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

6/17/14 12:41PM

B6C (Official Form 6C) (4/13)

In re    **Youngok Kang**                                        Case No. ___**14-11642**_____
                                                                ,
                                  Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | Va. Code Ann. § 34-4 | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America account ending in 6327** | Va. Code Ann. § 34-4 | 433.50 | 867.00 |
| **Bank of America savings account ending in 5750** | Va. Code Ann. § 34-4 | 42.50 | 85.00 |
| **Household Goods and Furnishings** | | | |
| **General household goods and furnishings** | Va. Code Ann. § 34-26(4a) | 1,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| **Women's wearing apparel** | Va. Code Ann. § 34-26(4) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| **Wedding ring, necklace, and earrings** | Va. Code Ann. § 34-26(1a) | 3,000.00 | 3,000.00 |
| **Accounts Receivable** | | | |
| **Promissory note executed by Ha Sok Kang on 2/15/2012 (Original amount $144,000.00: $3,000 per month was paid from March, 2012 to June 2013)** | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-4 | 4,474.00<br>500.00<br>500.00 | 96,000.00 |
| **Martial Property Settlement Agreement with Ha Sok Kang entered on December 2, 2010** | Va. Code Ann. § 34-4 | 0.00 | 366,000.00 |
| **Promissory note executed by Eun Hwa Song on 2/15/2012** | Va. Code Ann. § 34-4 | 0.00 | 182,300.00 |

|  | Total: | 11,000.00 | 651,302.00 |
|---|---|---|---|

___**0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Youngok Kang**                                                    Case No.  **14-11642**

                                    Debtor(s)                 Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**25**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 17, 2014**                      Signature  **/s/ Youngok Kang**

                                                    **Youngok Kang**
                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy